UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHARIEF BODDEN,

                              Plaintiff,

              -against-                                    25 Civ. 5655 (GBD)

NEW YORK CITY DEPARTMENT OF                          ORDER OF DISMISSAL
CORRECTION,

                              Defendant.

GEORGE B. DANIELS, United States District Judge:

By order dated March 31, 2026, the Court directed Plaintiff, if he wished to proceed with this action, to file an amended complaint within 60 days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended pleading. Accordingly, the complaint, filed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated:   June 11, 2026
         New York, New York

                                        _____
                                        GEORGE B. DANIELS
                                        United States District Judge