UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHARIEF BODDEN,

                  Plaintiff,

        -against-

NEW YORK CITY DEPARTMENT OF
CORRECTION.,

                Defendant.

25 CIVIL 05655 (GBD)

## CIVIL JUDGMENT

For the reasons stated in the June 15, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962) (holding that an appellant demonstrates good faith when he seeks review of a

nonfrivolous issue).

    SO ORDERED.


Dated:   June 17, 2026
         New York, New York

                       /s/ George B. Daniels
                      GEORGE B. DANIELS
              United States District Judge